UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN JOHNNIE BONNER,

        Plaintiff,                                No. 14-cv-10196

vs.                                              Hon. Gerald E. Rosen

ROMULUS POLICE
DEPARTMENT, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on March 31, 2015

PRESENT:   Honorable Gerald E. Rosen
                          United States District Chief Judge

This matter having come before the Court on Magistrate Judge Elizabeth A. Stafford's February 19, 2015 Report and Recommendation recommending that Plaintiff's various motions for temporary restraining order, preliminary injunction, witness protection and protective custody be denied; and no timely objections having been filed to the Magistrate Judge's R&R, and the Court being fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 19, 2015 **[Dkt. # 71]** is hereby adopted by the Court.

Accordingly,

IT IS FURTHER ORDERED that Plaintiff's motions for temporary restraining order, preliminary injunction, witness protection and protective custody **[Dkt. Nos. 12, 50, 56, 67 and 68]** are DENIED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: March 31, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2015, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135