UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN BONNER,

    Plaintiff,

                                CASE NO. 14-CV-10196
v.                                 HONORABLE DENISE PAGE HOOD

ROMULUS POLICE DEPARTMENT et al.,

    Defendants.

_____/

## **ORDER DENYING VARIOUS MOTIONS**

This matter is before the Court on various motions filed by Plaintiff Brian Bonner. This matter was set to begin trial on April 4, 2017. The parties, however, notified the Court that the parties had reached a settlement and the trial date was thereafter canceled. On March 31, 2017, the Court entered an Order of Dismissal *Without Prejudice*, pending the parties' submission of a stipulated order of dismissal with prejudice. With the dismissal order, the case is closed on the Court's docket. No motion to reopen the case has been filed by any party to date and the time to file any motions for reconsideration of the Court's dismissal order has passed. See E.D. Mich LR 7.1(h) (or Fed. R. Civ. P. 59 governing post judgment motions). Although defense counsel indicates that a stipulated order of dismissal was submitted to the Court, to date, no stipulated order of dismissal *with prejudice* has been entered by the Court.

The action, however, continues to be designated closed on the Court's docket.

As to Plaintiff's motions relating to appointment of counsel, it is noted that Plaintiff was represented by counsel in this case. The Court denies Plaintiff's requests for counsel since he was represented by counsel and the case is closed. Regarding Plaintiff's motion to add corrections and relief, and to admit new evidence, because this action is closed and resolved between the parties, the Court denies the motion. Plaintiff states that he is being retaliated against, but such a claim appears to be a new claim since the case was closed (although he has raised retaliation claims in this case). It is noted that Plaintiff has filed three new cases since the instant case: 1) 17-11571, *Bonner v. Prison Transportation Serv. Corp.* (Cleland); 2) 17-11694, *Bonner v. Washington* (Hood); and, 3) 17-11863, *Bonner v. Washington* (Hood). Some of the claims he raised in the recent motions in this case are also raised in the recently-filed cases. The new issues and claims will be reviewed and addressed in the applicable case.

Accordingly,

IT IS ORDERED that Plaintiff's Motion to Appoint Counsel **(Doc. No. 148)**, Motion to Add Corrections, For Added Relief, to Seal Documents, and to Admit New Evidence **(Doc. No. 149)** and Motion to Appear in Court and for Order to Show Cause **(Doc. No. 150)** are DENIED.

IT IS FURTHER ORDERED that any appeal from this Court's Order is frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962), *McGore v. Wrigglesworth,* 114 F.3d 601, 610-11 (6th Cir. 1997).

S/Denise Page Hood<br>Denise Page Hood<br>Chief Judge, United States District Court

Dated: August 1, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 1, 2017, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry<br>Case Manager